# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **In re:** | |
| **CARRIE ANDERSON,** | Bankruptcy Case No.: 8:16-bk-06158-MGW |
| Debtor, | |
| **ANGELA WELCH, as Chapter 7 Trustee of the Estate of CARRIE ANDERSON** | **CHAPTER 7** |
| | Adversary Proceeding No.: 8:17-ap-00065-MGW |
| Plaintiff, | |
| v. | |
| **ABC FINANCIAL SERVICES, INC. an Arkansas corporation,** | |
| Defendant. | |

## NOTICE OF CONCLUSION OF ATTORNEY INVOLVEMENT

Danielle M. Whitehouse, of Gill Ragon Owen, P.A., pursuant to the Court's March 27, 2017 Order Granting Motion to Appear Pro Hac Vice, submits this Notice to the Clerk that her involvement in this case is concluded and, specifically, states as follows:

1. On March 24, 2017, Ms. Whitehouse filed a Motion to Appear Pro Hac Vice requesting permission to appear in this case on behalf of ABC Financial Services, Inc. Dkt. # 8.

2. On March 27, 2017, the Court entered an Order granting Ms. Whitehouse's motion to appear and, in doing so, directed Ms. Whitehouse to file a statement notifying the Clerk when her involvement in this case is concluded. Dkt. # 11.

3. On May 17, 2017, the Court entered an Agreed Final Order of Dismissal With Prejudice As To ABC Financial Services, Inc., dismissing ABC Financial Services, Inc. with prejudice. Dkt. # 22.

4. As a result of the order dismissing ABC Financial Services, Inc. with prejudice, Ms. Whitehouse's involvement in this case is concluded.

**WHEREFORE**, Danielle M. Whitehouse, Esq. respectfully requests that the Clerk of Court take notice that her involvement in this case is concluded.

**Dated: June 8, 2017.**

Respectfully submitted,

By: /s/ Danielle M. Whitehouse
Danielle M. Whitehouse, Esq.
GILL RAGON OWEN, P.A.
Arkansas Bar No. 2009192
425 West Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
Tel: (501) 376-3800
Fax: (501) 372-3359
Email: whitehouse@gill-law.com

*Attorney for ABC Financial Services, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I electronically filed a true and correct copy of the foregoing Notice with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, which shall send notification of such filing to the counsel of record in this matter, including the following:

Thomas A. Lash
Lash Wilcox & Grace, PL
4950 W. Kennedy Blvd., Suite 320
Tampa, FL 33609
tlash@lashandwilcox.com

/s/ Danielle M. Whitehouse
Danielle M. Whitehouse